UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY CAPRARO, IV,

    Plaintiff,

v.                                      Case No. 6:25-cv-66-RBD-NWH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Nathan W. Hill entered a Report and Recommendation stating that the Court should reverse and remand the Commissioner's denial of benefits. (Doc. 22 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 22) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Commissioner's decision is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the

    Commissioner should state the reasons for finding that Plaintiff's physical and mental impairments and accompanying symptoms, considered singly and in combination, do not significantly limit Plaintiff's ability to perform basic work activities, reconsider whether Plaintiff had a severe impairment or combination of impairments, if appropriate, and conduct any further proceedings deemed appropriate.

3.  The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant and then to close the file.

 **DONE AND ORDERED** in Chambers in Orlando, Florida, on December 18, 2025.



ROY B. DALTON, JR.
United States District Judge