# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY CAPRARO, IV,

    Plaintiff,

v.                                                          Case No. 6:25-cv-66-RBD-NWH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

In this Social Security appeal, the Court entered judgment in favor of Plaintiff. (Doc. 24.) Plaintiff now moves unopposed for attorney's fees. (Doc. 26 ("Motion").) On referral, U.S. Magistrate Judge Nathan W. Hill entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 27 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 27) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    Plaintiff's Motion (Doc. 26) is **GRANTED**.

3. Plaintiff is **AWARDED** $4,892.73 in attorney's fees pursuant to the Equal Access to Justice Act.

4. If the U.S. Department of Treasury determines that Plaintiff does not owe a debt to the U.S. Government, the Commissioner may exercise the discretion to honor Plaintiff's assignment of fees to counsel (*see* Doc. 26-1).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 17, 2026.



ROY B. DALTON, JR.
United States District Judge